UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OSVALDO ALBERTY HERNANDEZ,

    Plaintiff,

v.                                          Case No: 8:16-cv-2074-T-27TBM

LQ FL PROPERTIES L.L.C.,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the parties' Joint Stipulation of Full and Final Dismissal With Prejudice (Dkt. 10). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 3rd day of November, 2016.

                                                    JAMES D. WHITTEMORE
                                                    United States District Judge

Copies to:
Counsel of Record